| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:13-CR-51 |
| AMADOR SALDANA, | § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On January 30, 2017, the United States magistrate judge filed his report recommending that the court grant the Government's Motion to Strike Third Party Petition (Doc. No. 59). No objections to the report and recommendation have been filed and the time for doing so has passed. Accordingly, it is **ORDERED** that the Motion to Strike Third Party Petition is **GRANTED** and the Petition filed by Benny Florenza J. and Maria Luc (Doc. No. 57) is **STRICKEN**.

SIGNED at Plano, Texas, this 22nd day of February, 2017.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE