**UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:13-CR-51-MAC |
| | § | |
| AMADOR SALDANA, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On March 9, 2017, the United States magistrate judge filed his report recommending that

the court grant the Taxing Authorities' petition in interest (Doc. No. 72).   This report was based

on the parties' Notice of Stipulation agreeing to forfeiture and a valid interest in the land by the

Taxing Authorities.   (Doc. No. 70.)   Neither party has filed objections to the report and

recommendation.   Accordingly, it is **ORDERED** that the Taxing Authorities' petition in interest

(Doc. No. 66) is **GRANTED**.

SIGNED at Beaumont, Texas, this 30th day of March, 2017.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE